**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CONSTELLATION NEWENERGY, INC.,

                         Plaintiff,

                                                                        22 **CIVIL** 3766 (LJL)

      -against-                                             **DEFAULT JUDGMENT**

OM VEGETABLE, INC.,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion & Order dated August 12, 2022, because Defendant has failed to appear in this case despite having been served, default judgment is entered against Defendant. Judgment is entered awarding damages in the amount of $727,582.65, pre-judgment interest in the amount of $130,603.20, attorneys' fees and costs in the amount of $66,607.39, and post-judgment interest.

**DATED**: New York, New York
             August 15, 2022

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                   **BY:**  *K. Mango*
                                                        **Deputy Clerk**